1

2

3

4

5

6

7

8              UNITED STATES DISTRICT COURT

9             CENTRAL DISTRICT OF CALIFORNIA

10  DREW KEVIN RUSSELL,            )       CASE NO. SA CV 08-38-PA (PJW)
                                   )
11              Petitioner,        )
                                   )       J U D G M E N T
12          v.                     )
                                   )
13  RICHARD HERNANDEZ, WARDEN,     )
                                   )
14              Respondent.        )
    _____    )

15

16       Pursuant to the Order Adopting Findings, Conclusions, and

17  Recommendations of United States Magistrate Judge,

18       IT IS ADJUDGED that the Petition is denied and this action is

19  dismissed with prejudice.

20

         DATED: June 17, 2010

21

22

23  _____
    PERCY ANDERSON
24  UNITED STATES DISTRICT JUDGE

25

26

27
    C:\Temp\notesE1EF34\~2359620.wpd
28